### ORDER

Per Curiam

Tony Putman appeals the judgment denying his Rule 24.035 motion after he pled guilty to forcible rape, second-degree robbery, and two counts of kidnapping and was sentenced to a total of 40 years in prison. Putman contends the motion court clearly erred in denying his post-conviction motion because he established that plea counsel misled him to believe that, if he pled guilty, he would receive a total sentence of only 20 years in prison. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).

Before Division II: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Karen King Mitchell, Judges

### Order

Per Curiam:

Joshua Coleman appeals the judgment of the Circuit Court of Jackson County, Missouri, finding him guilty, after a bench trial, of assault in the first degree, section 565.050 RSMo. Because a published opinion would have no jurisprudential purpose, we have instead provided a separate memorandum of law to the parties explaining our ruling. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Joshua A. COLEMAN, Appellant.**

**WD 78002**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 29, 2016

Chris Koster, Attorney General, Christine Lesicko, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Nancy A. McKerrow, Special Public Defender, Columbia, MO, Attorney for Appellant.

**STATE of Missouri, Appellant,**

v.

**Peter O. BALDWIN, Respondent.**

**WD 78351**

Missouri Court of Appeals,
Western District.

FILED: March 29, 2016

